# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNETTE RENE MILLER,<br><br>           Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>           Defendant. | CASE NO. 3:13-cv-02126-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE<br><br><br>Docs. 1, 9, 10, 11, 12, 13 |

In accordance with the accompanying memorandum, **IT IS HEREBY**

## ORDERED THAT:

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Annette Rene Miller disability insurance benefits and supplemental security income is affirmed; and

4. The Clerk of Court shall close this case.


Dated: September 8, 2014

                                              s/Gerald B. Cohn
                                              GERALD B. COHN
                                              UNITED STATES MAGISTRATE JUDGE